COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     *Christus Health Gulf Coast (as an entity, d/b/a Christus St. Catherine Hospital, and formerly d/b/a Christus St. Joseph Hospital) v. Linda G. Carswell*

Appellate case number:   01-11-00292-CV

Trial court case number: 2005-36179

Trial court:             165th District Court of Harris County

Date motion filed:       September 13, 2013

Party filing motion:     Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn v. Keyes
                   ☐ Acting Individually ☒ Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Brown, and Huddle.  Justices Bland, Brown, and Huddle dissenting from the denial of en banc reconsideration.

Date: April 1, 2014